Kim R. BAIRD, Petitioner,

v.

DEPARTMENT OF the ARMY, Respondent.

No. 2009–3153.

United States Court of Appeals, Federal Circuit.

Jan. 27, 2010.

ON MOTION

*ORDER*

Kim R. Baird moves without opposition for reconsideration of the court's December 15, 2009 order dismissing her petition for review for failure to file a brief and moves, out of time, for an extension of time to file her brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motions are granted, the order of dismissal is vacated, the mandate is recalled, and the petition for review is reinstated.

(2) Baird's brief is due within forty-five (45) days of the date of filing of this order.

SPECTRALYTICS, INC., Plaintiff–Appellant,

v.

CORDIS CORPORATION, Defendant–Cross Appellant,

and

Norman Noble, Inc., Defendant–Cross Appellant.

Nos. 2009–1564, 2010–1004.

United States Court of Appeals, Federal Circuit.

April 2, 2010.

ORDER

The order of dismissal and the mandate having been issued in error,

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's March 29, 2010, 450 Fed. Appx. 954, dismissal order is vacated, the mandate is recalled, and the notice of appeal is reinstated.

(2) Appellant's reply brief is due on or before April 8, 2010.